**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7467**

———————

MARC S. CASON, SR.,

Plaintiff - Appellant,

versus

M.D.P.S.C.S.; DIVISION OF CORRECTION; TERISITA
JACKSON, CMSII; R. THOMAS, CO II; R. WEEKS, CO
II; EMSA MEDICAL SERVICES; BARBARA PEACE, RN;
STEVE REYNOLDS, RN; DAPHNE GREEN, RN; KELLY,
Nurse Practitioner, and any other medical
staff responsible for the mistreatment and
negligence of the plaintiff,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
05-2400-CCB)

———————

Submitted: March 30, 2006          Decided: April 6, 2006

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Marc S. Cason, Sr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marc S. Cason, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cason v. MDPSCS, No. CA-05-2400-CCB (D. Md. Sept. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -